Dwight Yellen (DY 6547)
Michael J Sheppeard (MS 9115)
BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue
17th Fl
New York, NY 10019
Ph.  212.575-7900
Fax  212.764-5060
*Counsel to Vinod & Usha Shah*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

In re:                                              Chapter No. 7

SUNDER CHANDIRIM PAGARANI and
KAMLESH S. PAGARANI                                 Case No. 09-11885-RG

Debtor.

---

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 9010 and 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby appears on behalf of Vinod & Usha Shah, creditor of the above captioned Debtor, and requests that it be served with: copies of all papers; pleadings; proposed orders; applications; demands; complaints; requests; and notices filed in the within case whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, courier, telephone, telefax, electronic mail or otherwise.

{00118386;1}

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code the undersigned requests that his name be added to the mailing lists maintained by (where applicable): the Clerk of the Bankruptcy Court; the Office of the United States Trustee; the Creditors Committee; any trustee elected and his/her attorney; and the Debtor's counsel.

Dated: New York, NY
       18 March 2009

                          BALLON STOLL BADER & NADLER, P.C.

                          By: _____
                              Dwight Yellen (DY 6547)
                              Michael J Sheppeard (MS 9115)
                              *Attorneys for Vinod and Usha Shah*
                              729 Seventh Avenue
                              17th Fl
                              New York, NY 10019
                              Ph.    212.575-7900
                              Fax    212.764-5060

TO:    UNITED STATES BANKRUPTCY COURT
          By ECF

{00118386;1}