Order Filed on
9/4/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866) |

| | |
|---|---|
| In Re:<br><br>SUNDER CHANDIRAM PAGARANI AND KAMLESH S. PAGARANI,<br><br>                         Debtor. | Case No: 09-11885 (RG)<br><br>Judge:   Rosemary Gambardella<br><br>Chapter: 7 |

Recommended Local Form:       ☐ Followed       ☒ Modified

**ORDER AUTHORIZING RETENTION OF ABBOTT &
CASERTA REALTORS AS REAL ESTATE BROKER
AND DIRECTING DEBTORS TO PROVIDE REASONABLE ACCESS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby

**ORDERED**.

**DATED: 9/4/2009**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page:** 2
**In re:** **Sunder Chandiram Pagarani and Kamlesh S. Pagarani**
**Case No.:** **09-11885 (RG)**
**Caption:** **Order Authorizing Retention of Abbott & Caserta Realtors as Real Estate Broker For Trustee and Directing Debtors to Provide Reasonable Access to the Property**

---

**Applicant:** Benjamin A. Stanziale, Jr.

☒  Trustee:       ☒  Chap. 7       ☐  Chap. 11       ☐  Chap. 13

☐  Debtor:        ☐  Chap. 11       ☐  Chap. 13

☐  Official Committee of _____

**Professional:** Abbott & Caserta Realtors

☐  Attorney for:  ☐  Trustee       ☐  Debtor-in-Possession

                  ☐  Official Committee of _____

☐  Accountant for:  ☐  Trustee       ☐  Debtor-in-Possession

                    ☐  Official Committee of _____

☒  Other Professional:

        ☒  Realtor     ☐  Appraiser     ☐  Special Counsel

        ☐  Auctioneer  ☐  Other (specify) _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, Benjamin A. Stanziale, Jr., Chapter 7 Trustee herein, is authorized to retain the professional, Abbott & Caserta Realtors, to act as real estate broker.

2

*Approved by Judge Rosemary Gambardella    September 04, 200*

Page:       3
In re:      **Sunder Chandiram Pagarani and Kamlesh S. Pagarani**
Case No.:   **09-11885 (RG)**
Caption:    **Order Authorizing Retention of Abbott & Caserta Realtors as Real Estate Broker For Trustee and Directing Debtors to Provide Reasonable Access to the Property**

---

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is the date the application was filed with the Court.

4. The Debtor is hereby directed to provide reasonable access to Abbott & Caserta Realtors, the Trustee and prospective purchasers to view and/or show the properties located at 802 Harmon Cove Towers, Secaucus, New Jersey, 2101 Harmon Cove Towers, Secaucus, New Jersey and 20 Kinkaid Avenue, Closter, New Jersey (the "Properties").

5. The Trustee may place lock boxes on the Properties; however, parties wishing to view or show the Properties must give 24-hours notice of such intent to the Debtors or his counsel. Notice shall be deemed sufficient by leaving a message on the Debtors' telephone, or if the voice mail is inaccessible, by notifying Debtors' counsel.

m:\tte\bs\pagarani\retain\broker-order.doc

*Approved by Judge Rosemary Gambardella    September  04, 200*