

Order Filed on
**12/02/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Forman Holt Eliades & Ravin LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201)845-1000<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 7 Trustee<br>Kim R. Lynch (KRL – 5866) |
| In Re:<br><br>SUNDER CHANDIRAM PAGARANI AND KAMLESH S. PAGARANI,<br><br>　　　　　　　　　Debtors. |

Case No.: 09 - 11885 (RG)

Chapter 7

Hearing Date: October 13, 2009

**CONSENT ORDER RESOLVING MOTION OF HSBC MORTGAGE COMPANY
TO VACATE AUTOMATIC STAY**

　　　The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 12/02/2009**

　　　　　　　　　　　　　　　　/s/ Rosemary Gambardella
　　　　　　　　　　　　　　　Honorable Rosemary Gambardella
　　　　　　　　　　　　　　　United States Bankruptcy Judge

Debtors:    Sunder Chandiram Pagarani and Kamlesh S. Pagarani
Case No.:   09 - 11885 (RG)
Caption:    Consent Order Resolving Motion of HSBC Mortgage Company to Vacate Automatic Stay

**THIS MATTER** having come before the court upon the motion (the "Motion") of HSBC Mortgage Company, by and through its attorneys, Fein, Such, Kahn & Shepard PC, for an entry of an order pursuant to Section 362 of the United States Bankruptcy Code seeking relief from the automatic stay in regards to real property located at 2101 Harmon Cove Towers, Unit 2101, Secaucus, New Jersey 07094 (the "Property"), and the parties having consented to the form and entry of this Order, and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Trustee shall have 90 days from October 13, 2009 to market the Property, for sale; and it is further

**ORDERED** in the event that the Trustee does not have a signed contract within such 90-day period, HSBC Mortgage Company may relist the Motion with the Court; and it is further

**ORDERED** that the Trustee may, for cause, seek relief from this Order.

The undersigned are authorized to and hereby
consent to the form and entry of this Order.


FORMAN HOLT ELIADES & RAVIN LLC    FEIN, SUCH, KAHN & SHEPARD PC
Attorneys for the Trustee                         Attorneys for HSBC Mortgage Company


By:  /s/Kim R. Lynch_____              By: /s/Melissa N. Licker___
     Kim R. Lynch, Esq.                             Melissa N. Licker, Esq.

Dated:  November 20, 2009                Dated:  November 20, 2009


*Approved by Judge Rosemary Gambardella    December 02, 2009*